IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Criminal No. 3:03-CR-422-D |
| VS. | § | |
| | § | |
| CAROLYN HARDIN VEAD, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, including the fee applications, and the findings and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct and are therefore adopted. For the reasons set out in the magistrate judge's April 29, 2005 findings and recommendation, the court certifies that the services rendered by Messrs. Ackerman and Jett were in an extended case and that excess payment is necessary for fair compensation. The court also adopts the recommendation with respect to the services rendered by J. Randall Price, Ph.D., and certifies that his fees were reasonably incurred and necessary to provide fair compensation for services of an unusual character or duration.

**SO ORDERED**.

May 16, 2005.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE